UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01023-MRW<br><br>Judge: Michael R. Wilner<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Parties' joint motion for dismissal under Fed. R. Civ. P. 41, the Court hereby dismisses this action with prejudice, each party to bear their own fees and costs.

DATED: September 21, 2020

_____
Honorable Michael R. Wilner
United States Magistrate Judge

1

**ORDER OF DISMISSAL**